## STATE of Missouri, Plaintiff/Respondent,

### v.

## Mitchael O. SMITH, Defendant/Appellant.

### No. ED103957

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 1, 2016

Richard A. Starnes, Jefferson City, MO, for Plaintiff/Respondent

William J. Swift, Woodrail Centre, Columbia, for Defendant/Appellant

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

### PER CURIAM.

Mitchael O. Smith appeals from the trial court's judgment convicting him of possession of a controlled substance with intent to distribute. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's denial of Appellant's motion to suppress was supported by substantial evidence. State v. Ross, 254 S.W.3d 267, 272 (Mo. App. E.D. 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).